THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. ZOZA KENILWORTH, PLAINTIFF IN ERROR.

Submitted July 10, 1903—Decided November 16, 1903.

On error to the Supreme Court.

For the plaintiff in error, *Robert H. Ingersoll.*

For the defendant in error, *Harry Wootton.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given in the opinion of Mr. Justice Dixon in the Supreme Court, reported *ante p.* 114.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, FORT, GARRETSON, PITNEY, SWAYZE, BOGERT, VOORHEES, VROOM, GREEN, GRAY. 12.

*For reversal*—None.